IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> DUAL TRUCKING, INC., *et al.*, <br><br> Defendants. | CV 20-67-BLG-SPW-TJC <br><br> **ORDER GRANTING CHANGE OF VENUE** |

Before the Court is Defendants' unopposed motion to change venue to the Great Falls Division of the U.S. District of Montana. (Doc. 28.) This case was originally filed in the Eastern District of Louisiana and moved to the District of Montana under *forum non conveniens* because the subject property is found in the state. (Doc. 29 at 2.) Now, the parties agree that the Great Falls Division is the appropriate venue within the District of Montana because the subject property is found in Roosevelt County, which is within the Great Falls Division, and a sister case is pending before Judge Brian Morris in that Division as well. (*Id.*)

Therefore, the motion being unopposed,

//

//

IT IS ORDERED the motion (Doc. 28) is GRANTED and this case shall be transferred to the Great Falls Division pursuant to L.R. 1.2(c)(3).

**IT IS ORDERED**.

DATED this 22nd day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge